IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


UNITED STATES OF AMERICA          :
                                  :
vs.                               :     CRIMINAL ACTION NO. 09-00193-KD
                                  :
LEVI PERINE, JR.,                 :

## ORDER

A status conference was conducted on December 8, 2009 before the undersigned Magistrate Judge.  Participating in the conference were John Beck, counsel for Defendant, and Assistant U.S. Attorney Gloria Bedwell, counsel for the Government.

At the conference, Mr. Beck requested a continuance. According to Mr. Beck, additional time is needed in order to ready this case for trial due to the fact that he was retained on yesterday.  Mr. Beck represented that he is in the process of obtaining the discovery from Defendant's former counsel and that he needs adequate time in which to review the discovery, prepare a proper defense, and make recommendations to his client. Counsel for the Government advised that she does not oppose Defendant's continuance request.

Based upon the representations of counsel, the undersigned concludes that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C.A. §3161(h)(7)(A).  Specifically, the undersigned finds that the request to continue this action so Defendant's newly

retained counsel can prepare a proper defense is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(B) (iv).  Accordingly, Defendant's request for a continuance is **GRANTED**.  This  case is hereby **CONTINUED** to the February 2010 criminal term, with jury selection commencing on February 1, 2010.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant is directed to file, by **December 18, 2009,** a Speedy Trial Waiver executed Defendant and her counsel.

The Clerk is **DIRECTED** to refer this case to Magistrate Judge Nelson.

DONE this **8th** day of **December, 2009**.

                    **/s/ SONJA F. BIVINS**
                    **UNITED STATES MAGISTRATE JUDGE**

2